IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIQUON WEST.**, <br><br> Plaintiff, <br><br> v. <br><br> **WELLS FARGO AUTO**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 22-4405-KSM** |

**ORDER**

**AND NOW**, this 17th day of January, 2023, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 5), Plaintiff's opposition (Doc. No. 7), Defendant's reply (Doc. No. 8), and Plaintiff's sur-reply (Doc. No. 9), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Plaintiff's TILA claim is **DISMISSED with prejudice** to the extent it is based on the right of rescission, and the remainder of Plaintiff's Complaint **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.